# EXHIBIT A

(dockets -- printout from online search of public records in Leon County, Florida)

# Leon County Clerk of Courts Secure Web Access

Hosted By The Leon County Clerk of Courts

| Navigation | Notes | Calendar | File Requests | Print | Help |

**Full Case View**  Previous Page

**37 2020 CF 000824 A - STATE OF FLORIDA vs SPIVAK, RIVKA B**

Charges: A001: SPIVAK, RIVKA B - AGGRAVATED STALKING

### Parties with active Attorneys

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | SPIVAK, RIVKA B | DEFENDANT | ETHAN ANDREW WAY | ACTIVE |
| | STATE, | PLAINTIFF | MISD. DIV. 3 | ACTIVE |

Click here for the service list



Top of Page

### Parties with inactive Attorneys

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| AGGRAVATED STALKING | CAPIAS | | | | |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | 784.0487 4A | CONTEMPT OF COURT VIOL INJUNCTION STALKING | | | | | | |

Top of Page

### Judges Appearing on Case

| Last Name | First Name | Date Assigned | Current Assigned Judge | Source |
|---|---|---|---|---|

Top of Page

| VOR Statuses | Viewable on Request Documents | | ECertify Documents | ECertify Statuses |

There will be a $1.00/page charge for all document requests that must be scanned from paper. The icon -- Req$ -- reflects this charge. A requested docket code indicates that there is no image on file and the document may be in the paper case file.

**CLICK HERE TO VIEW ALL AVAILABLE IMAGES ON THIS CASE.**

DOCKET TABLE HEADERS ARE SORTABLE. CLICK FOR ASCENDING, AGAIN FOR DESCENDING ORDER
Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System

**Image Icon Definitions:**

Available to all users

Awaiting Redaction: Temporarily available only to Attorney of Record and certain Agencies

Confidential Document: Only available to Attorney of Record and certain Agencies

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Action Finalized Date | Source |
|---|---|---|---|---|---|---|---|---|
| 3/13/2020 | 1 | CERT ☐ ‹‹-*Req* $ | | CERTIFIED FROM CASE: 2019MM2919A1 | | | | JIS |
| 3/13/2020 | 2 | CCHG | | COURT CHARGE LITERAL ENTERED VIOLATION OF STALKING INJUNCTION | | | | JIS |
| 3/13/2020 | 4 | CCHG | | COURT CHARGE LITERAL ENTERED AGGRAVATED STALKING | | | | JIS |
| 3/13/2020 | 5 | INFO 📁 | ☐ ‹‹-*Req* $ | INFORMATION FILED AGGRAVATED STALKING | | | | JIS |
| 3/13/2020 | 6 | TRAP 📁 | ☐ ‹‹-*Req* $ | TRANSFER PAPERWORK FROM ORIGINATING DIVISION | | | | JIS |

Top of Page

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|

Top of Page

| Docket Application | | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|---|

Top of Page

**Restitution**

| LastOrBusinessName | Firstname | RestitutionID | RestitutionType | RestitutionAmount | AmountPaid | AmountOutstanding |
|---|---|---|---|---|---|---|

Top of Page



**Leon County Clerk of Courts Secure Web Access**

Hosted By The Leon County Clerk of Courts

| Navigation | Notes | Calendar | File Requests | Print | Help |

Full Case View                                                                 Previous Page

**37 2019 MM 002919 A - STATE OF FLORIDA vs SPIVAK, RIVKA B**

Charges: A001: SPIVAK, RIVKA B - VIOLATION OF STALKING INJUNCTION

### Parties with active Attorneys

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | STATE, | PLAINTIFF | MISD. DIV. 3 | ACTIVE |

Click here for the service list



Top of Page

### Parties with inactive Attorneys

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | SPIVAK, RIVKA B | DEFENDANT | ETHAN ANDREW WAY | INACTIVE |

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| VIOLATION OF STALKING INJUNCTION | DISPOSED | 3/16/2020 4:00:02 PM | NOLLE PROSSED | 3/16/2020 4:00:02 PM | SMITH |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|
| 1 | 784.0487 4A | CONTEMPT OF COURT VIOL INJUNCTION STALKING | | 3/16/2020 4:00:02 PM | NOLLE PROSSED | NOLP | |

Top of Page

### Judges Appearing on Case

| Last Name | First Name | Date Assigned | Current Assigned Judge | Source |
|---|---|---|---|---|
| SMITH | J | 11/7/2019 1:21:55 AM | Y | JIS |

Top of Page

| VOR Statuses | Viewable on Request Documents | | ECertify Documents | ECertify Statuses |

There will be a $1.00/page charge for all document requests that must be scanned from paper. The icon -- Req$ -- reflects this charge. A requested docket code indicates that there is no image on file and the document may be in the paper case file.

**CLICK HERE TO VIEW ALL AVAILABLE IMAGES ON THIS CASE.**

DOCKET TABLE HEADERS ARE SORTABLE. CLICK FOR ASCENDING, AGAIN FOR DESCENDING ORDER

Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System

**Image Icon Definitions:**

- Available to all users
- Awaiting Redaction: Temporarily available only to Attorney of Record and certain Agencies
- Confidential Document: Only available to Attorney of Record and certain Agencies

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Action Finalized Date | Source |
|---|---|---|---|---|---|---|---|---|
| 11/7/2019 | 2 | BondPostedCA | ☐ ‹‹-Req $ | CASH BOND 170026 POSTED $500.00 | | | | BM |
| 11/7/2019 | 1 | OVAR | | ON-VIEW ARREST CONTEMPT OF COURT VIOL INJUNCTION STALKING | | | | JIS |
| 11/7/2019 | 2 | BAMT | | BOND AMOUNT SET: BOND AMOUNT: 500 | | | | JIS |
| 11/7/2019 | 3 | BOIN | | BOOKING INFORMATION BOOKING INFORMATION ENTERED: OBTS# 3704011708/BOOKING# 11998/REP# 190177419 | | | | JIS |
| 11/7/2019 | 4 | JDAS | | JUDGE ASSIGNED DIV-M3 JUDGE SMITH J LAYNE JUDGE ID-93 | | | | JIS |
| 11/7/2019 | 5 | SAAS | | STATE ATTORNEY ASSIGNED PROSECUTING ATTORNEY ADDED: 5555553 - MISD. DIV. 3 | | | | JIS |
| 11/7/2019 | 6 | JDAS | | JUDGE ASSIGNED DIV-M3 JUDGE SMITH J LAYNE JUDGE ID-93 | | | | JIS |
| 11/7/2019 | 7 | ARNS | | ARRAIGNMENT SET: (CANCELLED/REMOVED ON 11/20/2019 08:41:34 AM BY AUSTINK) ARRAIGNMENT(ARN) SET: 11/27/2019 10:30AM /ROOM# 2A | | | | JIS |
| 11/7/2019 | 8 | JDAS | | JUDGE ASSIGNED DIV-M3 JUDGE SMITH J LAYNE JUDGE ID-93 | | | | JIS |
| 11/7/2019 | 9 | BOND | | BONDED OUT BOND /DATE: 11/07/2019 01:26:02 AM | | | | JIS |
| 11/7/2019 | 10 | NODE | | NOTICE TO DEFENDANT ON 07-NOV-2019 BY WHALEYD | | | | JIS |
| 11/7/2019 | 11 | ARFI | ☐ ‹‹-Req $ | ARREST AFFIDAVIT / NOTICE TO APPEAR / INCIDENT REPORT | | | | JIS |
| 11/7/2019 | 12 | CANJ | ☐ ‹‹-Req $ | COURT APPEARANCE NOTICE BY JAIL | | | | JIS |
| 11/7/2019 | 13 | NOTS | | NOTICE TO APPEAR SENT FOR: BONDSMAN | | | | JIS |
| 11/7/2019 | 14 | CORE | ☐ ‹‹-Req $ | CONDITIONS OF RELEASE | | | | JIS |
| 11/12/2019 | 1 | CABN | ☐ ‹‹-Req $ | CASH BOND | | | | BM |
| 11/12/2019 | 15 | CABN ☐ ‹‹-Req $ | | CASH BOND FILED 170026 | | | | JIS |
| 11/20/2019 | 16 | PATT | | PRIVATE ATTY ASSIGNED Private Attorney Added: 148199 - WAY ETHAN | | | | JIS |
| 11/20/2019 | 17 | WABJ | ☐ ‹‹-Req $ | WAIVER OF APPEARANCE BEFORE A JUDGE WAIVER OF APPEARANCE BEFORE A JUDGE | | | | JIS |
| 11/20/2019 | 18 | NAPR | ☐ ‹‹-Req $ | NOTICE OF APPEARANCE NOTICE OF APPEARANCE | | | | JIS |
| 11/20/2019 | 19 | CMCS | ☐ ‹‹-Req $ | CASE MANAGEMENT CONFERENCE SET E-FILED: CASE MANAGEMENT CONFERENCE SET: 02/05/2020 09:00AM /ROOM# 2A | | | | JIS |
| 1/17/2020 | 20 | CCHG | | COURT CHARGE LITERAL ENTERED VIOLATION OF STALKING INJUNCTION | | | | JIS |
| 1/17/2020 | 21 | INFO | ☐ ‹‹-Req $ | INFORMATION FILED VIOLATION OF STALKING INJUNCTION | | | | JIS |
| 1/22/2020 | 22 | ANDD | ☐ ‹‹-Req $ | ANSWER TO DEMAND FOR DISCOVERY ANSWER TO DEMAND FOR DISCOVERY | | | | JIS |
| 2/5/2020 | 23 | PTST | ☐ ‹‹-Req $ | PRETRIAL HEARING SET: E-FILED: 03/11/2020 08:30 AM ROOM - 2A | | | | JIS |
| 2/5/2020 | 24 | CTCM | ☐ ‹‹-Req $ | COURT MINUTES | | | | JIS |
| 2/25/2020 | 25 | ANDD | ☐ ‹‹-Req $ | ANSWER TO DEMAND FOR DISCOVERY AMENDED ANSWER TO DEMAND FOR DISCOVERY | | | | JIS |
| 2/25/2020 | 26 | MRVB | ☐ ‹‹-Req $ | MOTION TO REVOKE BOND | | | | JIS |
| 2/25/2020 | 27 | BAMT | | BOND AMOUNT SET: BOND AMT: 0 | | | | JIS |
| 2/25/2020 | 28 | NOBS | | NO BOND ALLOWED NO BOND ALLOWED | | | | JIS |
| 2/25/2020 | 29 | RVBD | | REVOKE BOND | | | | JIS |
| 2/25/2020 | 30 | ODER | ☐ ‹‹-Req $ | ORDER ORDER TO REVOKE BOND | | | | JIS |
| 2/25/2020 | 31 | CASH 400 | ☐ ‹‹-Req $ | CAPIAS TO SHERIFF 25-FEB-20 | | | | JIS |
| 3/13/2020 | 32 | CETR | | CERTIFIED TO FELONY 2020CF824A1 | | | | JIS |
| 3/13/2020 | 33 | CSCH | | STATUS UPDATE CHARGE STATUS CHANGED FROM C TO O | | | | JIS |
| 3/16/2020 | 34 | NOLP | ☐ ‹‹-Req $ | NOLLE PROSSED NOLLE PROSSED | | | | JIS |

Top of Page

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|
| | 3/11/2020 | 8:30 AM | | SMITH | | JIS |

| CASE MANAGEMENT | 2/5/2020 | 9:00 AM | SMITH | JIS |

Top of Page

| **Docket Application** | **Owed** | **Paid** | **Dismissed** | **Due** |

Top of Page

**Restitution**
**LastOrBusinessName Firstname RestitutionID RestitutionType RestitutionAmount AmountPaid AmountOutstanding**

Top of Page