The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVKA (REBECCA) SPIVAK,<br>Plaintiff,<br>vs.<br>ALPHABET INC, ET AL<br>Defendants | Case No.: 2:20-CV-01480-MJP<br><br>MOTION TO DISMISS BAYERN AS A DEFENDANT |

On October 26, 2020, Bayern filed various opposition papers. In those papers, Bayern notes serving Plaintiff with a Rule 11 motion. Plaintiff had been unaware of this since, due to severe PTSD, she rarely leaves her house, even to retrieve mail. Regardless of the Rule 11 motion, Plaintiff has noted a sharp increase in the severity of her PTSD symptoms coincident to having to respond to Bayern, who caused much of her trauma. To reduce her ongoing required interaction with Bayern, Plaintiff requests that Bayern be dismissed as a defendant in this action.

Respectfully Submitted on October 26, 2020,

/s/Rivka Spivak

Rivka Spivak (Pro Se)
128 NE 51st Street
Seattle, WA 98105
617.519.1100
rebeccaspivak@outlook.com