# EXHIBIT C

(Partial case file from
2020 CF 824, Leon County,
Florida.)

# IN THE CIRCUIT COURT OF SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA
## FELONY DIVISION

| | | | | | |
|---|---|---|---|---|---|
| **STATE OF FLORIDA** | **SEX:** F | | **SPN:** 262005 | **ALIAS:** | |
| | **HGT:** 509 | | **RACE:** WHITE | | |
| VS. | **WGT:** 150 | | **DOB:** | | |
| | **EYE:** BLUE | | **HAIR:** RED | | |

**SPIVAK, RIVKA B**

**128 NE 51ST ST**

**SEATTLE WA 98105**

## CAPIAS
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TO ALL AND SINGULAR, THE SHERIFFS OF THE STATE OF FLORIDA. THIS IS TO COMMAND YOU
TO TAKE SPIVAK, RIVKA B  IF SHE BE FOUND IN YOUR COUNTY, AND HER SAFELY KEEP SO THAT YOU
HAVE HER BODY BEFORE ONE OF THE JUDGES OF THE CIRCUIT COURT AT THE LEON COUNTY COURTHOUSE,
INSTANTER, TO ANSWER AN INFORMATION NOW PENDING IN THE CIRCUIT COURT OF LEON
COUNTY ON THE CHARGES DESCRIBED BELOW.

| **CASE NUMBER** | **CHARGE LITERAL** | **BOND** |
|---|---|---|
| 2020CF824A1 | AGGRAVATED STALKING | |

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT TALLAHASSEE, FLORIDA THIS 13th DAY OF MARCH   , 2020.

GWEN MARSHALL, LEON COUNTY CLERK OF THE CIRCUIT COURT AND
COMPTROLLER

BY: _____ D.C.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHERIFFS RETURN

RECEIVED THIS CAPIAS ON _____  _____, _____, AND EXECUTED THE SAME
ON _____ DAY OF _____, _____, BY PLACING THE DEFENDANT IN THE LEON COUNTY JAIL.

WALT MCNEIL, SHERIFF

BY: _____ D.S

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA.

STATE OF FLORIDA

CASE NO. **CREATE**
SPN  262005

vs.

\*\*INFORMATION\*\*

Rivka B. Spivak
W/F,
SSN

*2020CF824A*

Defendant(s).

_____/

INFORMATION FOR:

1)   AGGRAVATED STALKING (F3)  (ref. #2567)

IN THE NAME OF AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JACK CAMPBELL, State Attorney for the Second Judicial Circuit of the State of
Florida, charges that in LEON County, Florida, the above-named defendant(s):

COUNT 1: Between November 6, 2019 and February 22, 2020, did willfully, maliciously, and
repeatedly follow, harass, or cyberstalk another person, S.J.B., and made a credible threat with
intent to place her/him in reasonable fear of death or bodily injury, contrary to Section
784.048(3), Florida Statutes.

STATE OF FLORIDA
COUNTY OF LEON

JACK CAMPBELL, STATE ATTORNEY
SECOND JUDICIAL CIRCUIT

A. Callaway Scott
Designated Assistant State Attorney

The foregoing instrument was acknowledged before me on March 12, 2020, by A. Callaway
Scott Designated Assistant State Attorney by Jack Campbell, State Attorney for the Second
Judicial Circuit of the State of Florida, who is known to me and did take an oath stating good
faith in instituting the prosecution and certifying that testimony was received under oath from the
material witness or witnesses for the offense pursuant to F.R.Cr.P. 3.140(g).

NOTARY PUBLIC

AMY L. LEE
Commission # GG 092885
Expires May 8, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

**NOTE TO CLERK:  ISSUE CAPIAS, SAO suggests No Bond, No contact with victim;
Case 19MM2919 will be dismissed once this case is created**

003



# Leon County Receipt of Transaction
## Receipt # 1473004

Gwen Marshall
Clerk of Court and Comptroller
Leon County, Florida

**Received From:**
SPIVAK, RIVKA B
128 NE 51ST ST
SEATTLE, WA 98105

**On Behalf Of:**

On: 11/12/2019 10:45:04AM
Transaction # 100729938
Cashiered by: M COULLIETTE

| Non-Case Fees | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fee Description** | | Fee | Prior Paid | Waived | Due | Paid | Balance |
| (CASHBOND) CASH BOND DEPOSIT | | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| | **Total:** | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| | **Grand Total:** | 500.00 | 0.00 | 0.00 | 500.00 | 500.00 | 0.00 |

| PAYMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Payment Type** | **Reference** | | **Amount** | **Refund** | **Overage** | **Change** | **Net Amount** |
| CASH | Cash Bond payment for bond# 170026 | OK | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| | | **Payments Total:** | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |

**CASH APPEARANCE BOND**

**No.** 170026

STATE OF FLORIDA, COUNTY OF LEON

Defendant _Rivka Spivak_ Address: _128 NE 51st St. Seattle, WA 98105_

KNOW ALL MEN BY THESE PRESENTS THAT I, _Rivka Spivak_ , Depositor

Address: _128 NE 51st Street_ City _Seattle_ State _WA_ Zip _98105_

Have deposited with the Sheriff of Leon County, Florida, the sum of _Five hundred dollars and_ ————

Dollars ($ _500.00_ ) as security for the appearance of the defendant upon the conditions hereinafter set forth. If said defendant shall appear before the CIRCUIT or COUNTY (circle one) Court, in and for **LEON** County, **TALLAHASSEE**, Florida at _10:30_ AM on the day of _November 22_ , 20_19_ , Courtroom # _2A_ to answer to charge of _Contempt of Court Viol_ _Injunction Stalking_ or other charges that may result therefrom and shall appear in said court from day to day and term to term and shall not depart same without leave of court, said money so deposited shall be returned to the depositor, less any unpaid court fees, court costs and criminal penalties owed by the defendant to the Leon County Clerk of Court on this or any other criminal or civil case in Leon County per section 903.286, Florida Statutes, else be forfeited by the above court.

The above sum received and this bond taken and approved

By me this _07_ day of _November_ , 20_19_

**WALT McNEIL, Sheriff**
**Leon County, Florida**

By: _____ D.S.

Location where taken: _LCDF_

_Defendant_

_Depositor's Signature_

**COURT COPY**

SHERIFF WALT McNEIL
LEON COUNTY POST OFFICE BOX 727
TALLAHASSEE, FLORIDA 32302

SPN: 242005
CASE #: 2019MM2419A
INDIVIDUAL BONDSMAN #: 323302

THIS RECEIPT
VALID ONLY
WHEN
CERTIFIED

004

005

## SECOND JUDICIAL CIRCUIT
## ARREST/PROBABLE CAUSE AFFIDAVIT

NO HTT  1/3

| [x] Adult | Arrest Datetime | Arrest Location | | Agency Report# | OBTS# | SPN# | Court Case# | |
|---|---|---|---|---|---|---|---|---|
| [ ] Juvenile | 11/06/19 21:41 | 200 N MONROE ST | | 190177419 | 3TD401178 | 262005 | 2019MM09 | 9A1 |

| Defendant's Full Name (Last, First, Mid., Suffix) | | D.O.B. | | Race | Sex | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|---|---|
| SPIVAK, RIVKA B | | | | W | F | 509 | 150 | RED | BLU |

| Aliases | | DL Number | DL State | SSN.# | Place of Birth | | Patrol Zone |
|---|---|---|---|---|---|---|---|
| | | SPIVARB245KS | WA | | NY | | |

| Local Address | Local Home# | Local Work# | Occupation/Employer/School |
|---|---|---|---|
| | | | |

| Permanent Address | Permnt. Home# | Scars, Tattoos, Unique Physical Features |
|---|---|---|
| 128 NE 51ST ST SEATTLE, WA | | |

| # | | | | |
|---|---|---|---|---|
| 1 | | . | . | . | . |
| 2 | | . | . | . | . |
| 3 | | . | . | . | . |
| 4 | | . | . | . | . |

| # | FDLE Statute | Ref# | L/D | Domestic Violence? | Charge Literal | | Bond Am | Cnts | Wrrnt | Caplas |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 784.0487 4A | 8006 | MF | . | CONTEMPT OF COURT VIOL INJUNCTION STALKING | . | 500 | 1 | [ ] | [ . ] |
| 2 | . | . | | | | | . | . | . | |
| 3 | . | . | | | | | . | . | . | |
| 4 | . | . | | | | | . | . | . | |
| 5 | . | . | | | | | . | . | . | |
| 6 | . | . | | | | | . | . | . | |
| 7 | . | . | | | | | . | . | . | |
| 8 | . | . | | | | | . | . | . | |
| 9 | . | . | | | | | . | . | . | |
| 10 | . | . | | | | | . | . | . | |
| 11 | . | . | | | | | . | . | . | |
| 12 | . | . | | | | | . | . | . | |
| 13 | . | . | | | | | . | . | . | |
| 14 | . | . | | | | | . | . | . | |

GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY, FLORIDA
2019 NOV -7  AM 10:06

If Release is Approved, Defendant Should be Electronically Monitored?  NO

If YES, Why?

| Affiant Signature | Arresting Officer Name/Id# | Arresting Agency/ORI# |
|---|---|---|
| [signature] 237 | BOLER NATHANIEL 237 | LEON COUNTY SHERIFF TALLAHASSEE FL0370000 |

11/06/2019 22:53

## SECOND JUDICAL CIRCUIT
## ARREST/PROBABLE CAUSE AFFIDAVIT

2/3

| Defendant's Name | Race | Sex | D.O.B. | Agency Report# |
|---|---|---|---|---|
| SPIVAK, RIVKA B | W | F | | 190177419 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant on , at approximately , at  did the following violation of law:

On 11/06/2019 at 2103 hrs I was dispatched to Aloft, 200 N Monroe St, in reference to a violation of injunction. The petitioner, Shawn Bayern, stated he received text messages from the respondent, Rivka "Rebecca" Spivak on today's date. Shawn believed Rebecca to be staying at Aloft for their upcoming hearing regarding the injunction.

I conducted a records check. A temporary injunction for stalking (2019DR003189) was granted on 10/24/2019 and forwarded to the King County Sheriff's Office in Seattle, Washington for service. Deputy Alan Kelley with King County Sheriff's Office served the temporary injunction to Rebecca on 10/26/2019. Conditions of the injunction prohibit Rebecca from making contact with Shawn.

I made contact with Rebecca at Aloft, in room 610. Due to the allegation, I read Rebecca her Constitutional Rights from my agency-issued Miranda warning card. She stated understanding and agreed to speak with me. Post-Miranda Rebecca admitted to sending text messages to Shawn. Rebecca showed me the text messages. At the end of the text messages it showed Rebecca attempted to call Shawn, however the call was not completed. Rebecca also admitted to placing the call. Rebecca had in her possession the injunction while I made contact with her.

Due to Rebecca's Post-Miranda admission to texting and attempting to call Shawn, I placed Rebecca under arrest for violation of an injunction for protection against stalking. I secured Rebecca in double locked handcuffs and transported her to LCDF without incident.

| Affiant Signature | Arresting Officer Name/Id# | Arresting Agency |
|---|---|---|
| 237 | BOLER NATHANIEL 237 | LEON COUNTY SHERIFF TALLAHASSEE FL0370000 |

| Sworn to and subscribed before me this Wednesday of November 6TH 2019 | Certifying Officer |
|---|---|

| Detention facility | Arrest Date/Time |
|---|---|
| Leon County Jail 535 Appleyard Drive, Tallahassee, FL 32304 | 11/06/19 21:41 |

| Booking Officer | Bond Amount | Aggravating Factors | |
|---|---|---|---|
| | 500 | | |

# SECOND JUDICAL CIRCUIT
## VICTIM INFORMATION

3/3

| # | FDLE Statute | Victim's Name | Victim's Address | Home# | Work# |
|---|---|---|---|---|---|
| 1 | 784.0487 4A | FLORIDA STATE OF | THE CAPITOL, 400 S. MONROE ST., TALLAHASSEE FL 32399 | . | . . |
| | | | | . | . |

| Affiant Signature | Arresting Officer Name/Id# | Arresting Agency |
|---|---|---|
| *[signature]* 237 | BOLER NATHANIEL 237 | LEON COUNTY SHERIFF TALLAHASSEE FL0370000 |

| | | Agency Report#: 190177419 |
|---|---|---|

| Detention facility | Arrest Date/Time |
|---|---|
| Leon County Jail 535 Appleyard Drive, Tallahassee, FL 32304 | 11/06/19 21:41 |

| Booking Officer | Bond Amount | Aggravating Factors |
|---|---|---|
| . . | 500 | . |

# SHERIFF WALT MCNEIL
# LEON COUNTY JAIL
# COURT APPEARANCE NOTICE

## BONDED OUT

**DEFENDANT - SPN# - ADDRESS**

SPIVAK RIVKA                SPN: 262005
128 NE 51ST ST
SEATTLE WA 98105

**COURT DATE - TIME - LOCATION - COURT TYPE**

NOV 27, 2019 10:30AM        ROOM 2A COUNTY COURT
301 SOUTH MONROE STREET
TALLAHASSEE, FL 32301

YOU ARE HEREBY RELEASED, WITH THE RELEASE TYPE STATED ABOVE, FROM THE LEON
COUNT JAIL BY _____ OF THE COUNTY COURT IN
TALLAHASSEE FLORIDA.

I SPIVAK RIVKA DO HEREBY STATE THAT I WILL BE IN COURT AT THE
ABOVE DATE, TIME AND LOCATION TO ANSWER TO THE CHARGE(S) OF:

**Case Number**    **Charge Literal**                          **Bond Amount/Bondsman/Power#**
2019MM2919A1    CONTEMPT OF COURT VIOL INJUNCTION STALKI $500/SPIVAK RIVKA/

IN ACCORDANCE WITH AMERICANS WITH DISABILITIES ACT, PERSONS NEEDING A
SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT
THE ADA COODINATOR NOT LATER THAN SEVEN DAYS PRIOR TO THE PROCEEDING AT THE
OFFICE OF THE COURT ADMINISTRATOR, ROOM 342, LEON COUNTY COURTHOUSE,
TALLAHASSEE, FLORIDA, 606-4401, OR 711 VIA FLORIDA RELAY SERVICE.

I UNDERSTAND THAT MY FAILURE TO APPEAR AT THE DESIGINATED DATE, TIME,
AND LOCATIOIN WILL RESULT IN MY ARREST.

_____
DEFENDANT SIGNATURE

_11_/_7_/_19_
DATE

Sgt Daniel Whaley
_____
CORRECTIONAL OFFICER SIGNATURE

_11_/_7_/_19_
DATE

FOR CASE RELATED INFORMATION, CONTACT THE CLERK OF COURTS, MISDEMEANOR
DIVISION, 301 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA 32301, 606-4130

2019 NOV -7 AM 9:59
C-03
GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY, FLORIDA

FILED

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

CASE NO.: 2019MM2919A

VS.

SPIVAK, RIVKA B

SPN#:      262005

## CONDITIONS OF RELEASE

Pursuant to Administrative Order 2006-02, you shall abide by the following conditions
of your release:

1. Abstain from alcohol.

2. Refrain from any further criminal activity.

3. Have no contact with the alleged victim of the crime. This includes both direct and indirect
   contacts. You also shall have no contact with the property or premises where the alleged
   crime took place.

---
Defendant

Date: 07-NOV-2019

Sgt. Daniell Thaley
Witness (Booking Officer)

This original document should be filed by the booking officer with the Clerk of Court for
inclusion in the court file.

Filing # 99147662 E-Filed 11/19/2019 09:41:37 PM

IN THE COUNTY COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO:  2019-MM-002919

v.                                   SPN:  262005

RIVKA B. SPIVAK,                     DIV:  3 - SMITH
        Defendant.
_____/

### CONSENT TO REPRESENTATION, WAIVER OF APPEARANCE, UNIVERSAL CONSENT and WAIVER OF SPEEDY TRIAL

**RIVKA B. SPIVAK,** hereinafter "Defendant", notifies this Honorable Court that Defendant has retained the services of Ethan Andrew Way and the Way Law Firm PA, and consents to counsel's appearance and representation and substitution of counsel, if necessary, pursuant to Fla. R. Jud. Admin. 2.060 (h).

Defendant, pursuant to Rule 3.180(a)(3), Florida Rules of Criminal Procedure, **waives appearance** at any pre-trial conference or court appearance held in this case, except jury selection and trial (jury or non-jury).  See generally *Walters v. State,* 905 So.2d 974 (Fla. 1st DCA 2005); *Jimenez v. State*, 201 So. 3d 214 (Fla. 2nd DCA 2016).

Defendant pursuant to the applicable provisions of Rules 2.085, 2.060 and 2.090, Florida Rules of Judicial Administration, and any subsequent renumbering, consents now and in the future to any and all continuances requested by the undersigned attorney.

Defendant acknowledges and consents to any Motion to Withdraw as Counsel filed by Ethan Andrew Way, if said motion is filed.

Defendant **WAIVES THE RIGHT TO A SPEEDY TRIAL** pursuant to the time frames set forth in Rule 3.191, Florida Rules of Criminal Procedure.

Dated: 11/19/2019

**RIVKA B. SPIVAK**

## Certificate of Service

I certify that a copy of this document was electronically served via the Florida Courts E-Filing Portal to the State's Attorney and all parties designated for service on November 19 2019.

Respectfully submitted,

**WAY LAW FIRM, PA**

By:
Ethan Andrew Way, B.C.S.
Florida Bar No. 148199
Post Office Box 10017
Tallahassee, FL 32301
Tel: (850) 412-0142
Fax: (888) 274-7988
Ethan@waylawfirm.com
Ethanandrewway@gmail.com

**Counsel for RIVKA B. SPIVAK**

Filing # 99147662 E-Filed 11/19/2019 09:41:37 PM

IN THE COUNTY COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO:  2019-MM-002919

v.                                   SPN:  262005

RIVKA B. SPIVAK,                     DIV:  3 - SMITH
     Defendant.
_____/

NOTICE OF APPEARANCE, WAIVER OF ARRAIGNMENT,
PLEA OF NOT GUILTY, DEMAND FOR DISCOVERY
AND DEMAND FOR JURY TRIAL

ETHAN ANDREW WAY, B.C.S., and the WAY LAW FIRM, PA, hereby
file their appearance as attorneys of record for **RIVKA B.
SPIVAK**, Defendant.

Defendant consents to ETHAN ANDREW WAY and the WAY LAW
FIRM, PA's appearance as attorneys of record in this cause.

Defendant waives arraignment and enters a plea of **NOT
GUILTY** in this cause.

Defendant reserves the right to object to jurisdictional
and other defects, and does not waive any motions, objections,
or defects by entry of this Notice and Plea.

Defendant gives notice of her election to participate in
discovery in this matter, and demands all material related to
this case in the actual or constructive possession of the state
as required under Fla. R. Crim. P. 3.220.

Defendant requests a jury trial in this cause.

013

## Certificate of Service

I certify that a copy of this document was electronically served via the Florida Courts E-Filing Portal to the State's Attorney and all parties designated for service on November 19, 2019.

Respectfully submitted,

**WAY LAW FIRM, PA**

By: _____

Ethan Andrew Way, B.C.S.
Florida Bar No. 148199
Post Office Box 10017
Tallahassee, FL 32302
Tel: (850) 412-0142
Fax: (888) 274-7988

**Counsel for RIVKA B. SPIVAK**

**E-FILED.ON.20-NOV-2019.AT.08:54AM**
# IN THE COUNTY COURT OF SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA
## MISDEMEANOR DIVISION

| STATE OF FLORIDA | | CASE NUMBER | CHARGE |
|---|---|---|---|
| | SPN: | 2019MM2919A1 | CONTEMPT OF COURT VIOL INJUNCTION STALKING |
| VS. | 262005 | | |

**SPIVAK, RIVKA B**
**128 NE 51ST ST**
**SEATTLE WA 98105**

### NOTICE OF CASE MANAGEMENT CONFERENCE

THE ABOVE NUMBERED CASE(S) IS HEREBY SET AT 09:00 A.M. ON WEDNESDAY, FEB. 05, 2020 AT COURTROOM 2A, 301 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA.

ALL INTERESTED PARTIES ARE HEREBY NOTIFIED OF SAID CASE MANAGEMENT CONFERENCE.

IF YOU ARE SENTENCED ON THIS DAY, COURT COSTS AND FINES WILL BE ASSESSED AND YOU WILL BE REQUIRED TO PAY IN FULL OR MAKE A PARTIAL PAYMENT AT THIS TIME. PLEASE VISIT HTTP://WWW.CLERK.LEON.FL.US/, UNDER CLERK SERVICES, COURTS, COLLECTIONS COURT TO SEE WHAT MAY BE ASSESSED.

**GWEN MARSHALL, LEON COUNTY CLERK OF THE CIRCUIT COURT AND COMPTROLLER**

**November 20, 2019**

**PA:** WAY, ETHAN ANDREW
P.O. BOX 10017
TALLAHASSEE, FL - 32302

BY: _____ D.C

**CA:**

COPY: STATE ATTORNEY
MISD. DIV. 3,

**BD:** SPIVAK RIVKA
128 NE 51ST STREET
SEATTLE, WA - 98105

COPY: PUBLIC DEFENDER

CURRENT LOCATION: BONDED OUT

FOR CASE RELATED INFORMATION, CONTACT THE CLERK OF COURTS, MISDEMEANOR DIVISION, 301 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA 32301, 606-4130.

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT ADA COORDINATOR; 301 SOUTH MONROE STREET ROOM 225, TALLAHASSEE,FL 32301; 850-606-4401 AT LEAST 7 DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE, OR IMMEDIATELY UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE SCHEDULED APPEARANCE IS LESS THAN 7 DAYS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 711.**

Filing # 102038010 E-Filed 01/22/2020 01:34:11 PM

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA.

STATE OF FLORIDA

CASE NO.  19MM02919
SPN         262005

vs.

ANSWER TO DEMAND FOR DISCOVERY
AND
DEMAND FOR NOTICE OF ALIBI

Rebecca B. Spivak,
        Defendant(s).
_____/

        Comes now the State of Florida, by and through the undersigned Assistant State Attorney, pursuant to defendant's DEMAND FOR DISCOVERY and Florida Rule of Criminal Procedure 3.220, and furnishes the following:

1.  The names and addresses of all persons known to the prosecutor at the present time to have information which may be relevant to the offense charged and to any defense with respect thereto or to any similar fact evidence to be presented at trial under Section 90.404(2), Florida Statutes are listed below.  All names listed below are Category A witnesses unless specifically designated otherwise.

**Cat. A**
**Shawn J. Bayern, 494 Frank Shaw Rd., Tallahassee, FL 32312, (516) 510-3798**
**Nathaniel Boler #237, Leon Cty. Sheriff's Off., 2825 Municipal Way, Tallahassee, FL 32304**
**Mike Zimba #401, Leon County Sheriff's Off., 2825 Municipal Way, Tallahassee, FL 32304**
**Cat. B**
**Cat. C**

2.  Listed below are the statements of witnesses whose names were furnished in #1 above and copies of said statements or reports are Attached to defense counsel's copy of this Answer.

3.  There are not written or recorded statements (unless listed below) of the defendant and copies are attached to defense counsel's copy of this Answer.  The defendant did not make oral statements to the following persons **(unless listed below),** and the substance of those statements is listed below.

STATEMENTS MADE TO:                          SUBSTANCE OF STATEMENT:
                                                                            **SEE REPORTS**

4.  There are not written or recorded statements of codefendants (unless listed below) and copies are attached to defense counsel's copy of this Answer.  The co-defendant(s) did not make oral statements to the following persons (unless listed below), and the substance is listed below.

STATEMENTS MADE TO:                          SUBSTANCE OF STATEMENTS:
                                                                            **SEE REPORTS**

5.  There is not recorded Grand Jury testimony of the defendant (unless listed below).

6.  There are tangible items which were obtained from or belong to the defendant and are described below.
        Photograph, fingerprints,

7. Information relative to the offense was not provided by a confidential informant.

8. There was not electronic surveillance of the premises of the defendant or of conversation to which the defendant was a party (unless listed below).

9. There was not a search and seizure (unless listed below) and documents related to any search and seizures are attached.

10. There are not reports or statements of experts (unless listed below), and copies of said reports or statements are attached to defense counsel's copy and listed below.

11. The tangible evidence known to the prosecutor in addition to items mentioned in #6 preceding is listed below.
**PCA (3pgs.), Field Case Report (2pgs.), Field Case Report Supplement (3pgs.), Arrest Info Sheet, Email (2pgs.), Return of Service (2pgs.), Body cam available upon request, SEE REPORTS**

Defense counsel is hereby permitted, at a time and place mutually agreed upon by counsel for the State and for the defense, or as otherwise ordered by the Court, to inspect, copy, test and/or photograph the foregoing statements, documents, test results, and/or tangible items of evidence.

12. The State has herein submitted its complete ANSWER TO DEMAND FOR DISCOVERY pursuant to F.R.Cr.P. 3.220, and respectfully demands the defense to submit its corresponding witness list within seven days and disclose to the State and permit them to inspect, copy, test and/or photograph the information and material in the defendant's possession or control as listed in F.R.Cr.P. 3.220 within fifteen days after receipt of this ANSWER TO DEMAND FOR DISCOVERY.

13. The State hereby makes DEMAND FOR NOTICE OF ALIBI in the event such defense is to be used at the trial of this defendant.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ethan Andrew Way, on January 13, 2020 by e-service to ethan@waylawfirm.com.

JACK CAMPBELL
STATE ATTORNEY
SECOND JUDICIAL CIRCUIT

/s/Jon Bielby Jr.
Assistant State Attorney

E-FILED.ON.05-FEB-2020.AT.01:05PM

# IN THE COUNTY COURT OF SECOND JUDICIAL CIRCUIT
# IN AND FOR LEON COUNTY, FLORIDA
# MISDEMEANOR DIVISION

**STATE OF FLORIDA**

        **SPN:**
        262005

VS.

**CASE NUMBER**
2019MM2919A1

**CHARGE**
VIOLATION OF STALKING INJUNCTION

**SPIVAK, RIVKA B**
**128 NE 51ST ST**
**SEATTLE WA 98105**

## NOTICE OF PRE-TRIAL CASE MANAGEMENT

THE ABOVE NUMBERED CASE(S) IS HEREBY SET AT 08:30 A.M. ON WEDNESDAY, MAR. 11, 2020 AT
COURTROOM 2A, 301 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA.

ALL INTERESTED PARTIES ARE HEREBY NOTIFIED OF SAID PRE-TRIAL CASE MANAGEMENT.
A CAPIAS FOR THE DEFENDANT'S ARREST WILL BE ISSUED IF SHE FAILS TO APPEAR.

IF YOU ARE SENTENCED ON THIS DAY, COURT COSTS AND FINES WILL BE ASSESSED AND YOU WILL BE REQUIRED
TO PAY IN FULL OR MAKE A PARTIAL PAYMENT AT THIS TIME.  PLEASE VISIT HTTP://WWW.CLERK.LEON.FL.US/,
UNDER CLERK SERVICES, COURTS, COLLECTIONS COURT TO SEE WHAT MAY BE ASSESSED.

        **GWEN MARSHALL, LEON COUNTY CLERK OF THE**
        **CIRCUIT COURT AND COMPTROLLER**

**February 5, 2020**

**PA:** WAY, ETHAN ANDREW
    P.O. BOX 10017
    TALLAHASSEE, FL - 32302

*Wanda King*

BY: _____ D.C

**CA:**

        COPY: STATE ATTORNEY
        MISD. DIV. 3,

**BD:** SPIVAK RIVKA
    128 NE 51ST STREET
    SEATTLE, WA - 98105

        COPY: PUBLIC DEFENDER

        CURRENT LOCATION:  BONDED OUT

FOR CASE RELATED INFORMATION, CONTACT THE CLERK OF COURTS, MISDEMEANOR DIVISION,
301 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA 32301, 606-4130.

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY**
**ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU**
**ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN**
**ASSISTANCE. PLEASE CONTACT ADA COORDINATOR; 301 SOUTH MONROE**
**STREET ROOM 225, TALLAHASSEE,FL 32301; 850-606-4401 AT LEAST**
**7 DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE, OR IMMEDIATELY**
**UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE**
**SCHEDULED APPEARANCE IS LESS THAN 7 DAYS; IF YOU ARE HEARING**
**OR VOICE IMPAIRED, CALL 711.**

Filing # 103818658 E-Filed 02/24/2020 05:16:58 PM

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA.

CASE NO.   19MM02919
SPN        262005

STATE OF FLORIDA

vs.                                          **AMENDED** ANSWER TO DEMAND
                                                        FOR DISCOVERY

Rebecca B. Spivak,
          Defendant.
_____/

     COMES NOW the State of Florida, by and through the undersigned Assistant State
Attorney, and files this Amended Answer to Demand for Discovery.  The State's Answer to
Demand for Discovery is amended to include the following:

     **EXHIBITS:**
     **1 - Sworn Statement (9pgs.)**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to
Ethan Andrew Way, P.O. Box 10017, , Tallahassee, FL  32302    , on February 24, 2020 by U.S.
Mail/hand delivery or by e-service to ethan@waylawfirm.com.

     JACK CAMPBELL
     STATE ATTORNEY
     SECOND JUDICIAL CIRCUIT

     /s/Jon Bielby Jr.
     Jon Bielby Jr.
     Assistant State Attorney

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY,
FLORIDA

CASE NO.     19MM02919

STATE OF FLORIDA,

vs.

Rebecca B. Spivak
  Defendant(s).

_____/

## MOTION TO REVOKE BOND

The State of Florida, by and through the undersigned Assistant State Attorney, pursuant to Rule 3.131(F), Florida Rules of Criminal Procedure, and Section 903.046, Florida Statutes, requests this Honorable Court to revoke bond in the above-styled cases. In support of this motion, the State would show as follows:

1. Defendant in the present case is charged with Violation of Stalking Injunction.

2. As part of the Defendant's Pre-Trial Release in this case, the Defendant agreed to have no contact with the victim, including direct and indirect contacts.

3. The Defendant has since sent numerous e-mails to a wide range of colleagues of the Defendant, with the clear intent to make threats to the victim (see attached exhibit).

4. These e-mails have clearly and consistently violated the Pre Trial Release condition of no contact with the victim.

WHEREFORE, the State respectfully requests this Honorable Court to revoke bond in this case in order to assure the Defendant's appearance in court and to protect the community against unreasonable danger from this defendant.

Respectfully submitted,

JACK CAMPBELL
STATE ATTORNEY

/s/Jon Bielby Jr.
ASSISTANT STATE ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Ethan Andrew Way, on February 24, 2020 by e-service to ethan@waylawfirm.com.

/s/Jon Bielby Jr.
ASSISTANT STATE ATTORNEY

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT IN
AND FOR LEON COUNTY, FLORIDA

19MM02919

## SWORN STATEMENT

State of Florida vs. Spivak, Rebecca

BEFORE ME, the undersigned authority personally appeared: Shawn Bayern
who after being duly sworn, deposes and states as follows:

Since the injunction against her was issued and violated,
Rebecca has continued to issue threats and engage in
harassment. She has not contacted me directly since
[illegible] her initial violations of the injunction, but she
has sent hundreds of messages to close friends of
mine threatening me and them. In these messages,
she directly addresses me by name as if speaking
to me, and the nature of the threats are such
that reasonable recipients would feel a need to forward
them. For example, on 2/20/20 she wrote "If I
could blow up all of FSU. [illegible] professor, staff...
everyone... just to include Shawn," knowing that I am
a professor and associate dean at FSU.

(Please see attached documents)

Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts
stated in it are true.
Sworn to and dated this 24th day of February, 20 20

_____
Affiant

_____
State Attorney Investigator
Type of
Identification: FL DL# B650 790 171 850
Personally Known: _____

Sworn to and subscribed before me this 24th day of February, 20 20

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY,
FLORIDA

CASE NO.     19MM02919

STATE OF FLORIDA,

vs.

Rebecca B. Spivak
         Defendant(s).
_____/

## MOTION TO REVOKE BOND

The State of Florida, by and through the undersigned Assistant State Attorney, pursuant to Rule 3.131(F), Florida Rules of Criminal Procedure, and Section 903.046, Florida Statutes, requests this Honorable Court to revoke bond in the above-styled cases.  In support of this motion, the State would show as follows:

1.  Defendant in the present case is charged with Violation of Stalking Injunction.

2.  As part of the Defendant's Pre-Trial Release in this case, the Defendant agreed to have no contact with the victim, including direct and indirect contacts.

3.  The Defendant has since sent numerous e-mails to a wide range of colleagues of the Defendant, with the clear intent to make threats to the victim (see attached exhibit).

4.  These e-mails have clearly and consistently violated the Pre Trial Release condition of no contact with the victim.

WHEREFORE, the State respectfully requests this Honorable Court to revoke bond in this case in order to assure the Defendant's appearance in court and to protect the community against unreasonable danger from this defendant.

Respectfully submitted,

JACK CAMPBELL
STATE ATTORNEY

/s/Jon Bielby Jr.
ASSISTANT STATE ATTORNEY

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Ethan Andrew Way, on February 24, 2020 by e-service to ethan@waylawfirm.com.

<u>/s/Jon Bielby Jr.</u>
ASSISTANT STATE ATTORNEY

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT IN
AND FOR LEON COUNTY, FLORIDA

PNWO2917

## SWORN STATEMENT.

State of Florida vs. Spivak, Rebecca

BEFORE ME, the undersigned authority personally appeared Shawn Bayon
who after being duly sworn, deposes and states as follows:

Her messages make it clear that she has been
obsessed with causing harm to me for the past
several months. She often posts graphic descriptions
of this harm. In total, both before and after the
injunction was issued, she has sent more than
thousand emails to friends of mm, has emailed
the IT director at my law school, and has also
emailed large groups with unfounded criminal accusations
against me, many of those messages also that were
forwarded by those recipients to me.
Since the injunction, I have not emailed, texted,
or called her.
///

Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts
stated in it are true.
Sworn to and dated this ___ day of February _____, 20 20

_____
Affiant

_____
State Attorney Investigator
Type of
Identification: FL D/# B650790771850
Personally Known: _____

Sworn to and subscribed before me this ___ day of February _____, 202_

Filing # 98517174 E-Filed 11/07/2019 09:48:32 AM

1                    DECLARATION OF RIVKA (REBECCA) SPIVAK

2

3      I, Rebecca Spivak, declare and state as follows:

4

5          1.      My place of residence is Seattle, Washington.  Prior to November 6, 2019, I had

6      never been to Tallahassee Florida. The last time I was in the State of Florida was in the

7      1980s, long before I ever met Shawn Bayern.

8          2.      I used to be a member of an email-based mailing list called "Plusmail," the

9      members of which are predominantly Yale students and alumni who at some point worked

10     in information technology or computer science.

11         3.      I am not a lawyer, but I am an inactive member of the California State Bar.  I

12     studied computer science at Yale where I was classmates with Shawn, and I have an MBA

13     from Harvard Business School.  I am employed as a Senior Data Scientist at Amazon,

14     although I am currently on medical leave.

15         4.      I had been distressed for years about a gender discrimination lawsuit I had with

16     Google, in which I represented myself.  I had been employed by Google as a Senior Product

17     Manager from 2010 through 2015 and believed I experienced gender discrimination during

18     the time. Over the years I shared some of my beliefs about the case with Shawn and other

19     members of Plusmail, and some of them accused me of being delusional about some of the

20     claims I made against Google and their attorneys.

21         5.      I sent Shawn certain emails because at the times I sent those emails I believed he

22     had interfered with my case and had psychologically manipulated me as part of an

23     implausible conspiracy.  When I sent him those emails I was intoxicated and in acute

24     distress over my implausible beliefs. It is not the first time I have sent regrettable emails

25     while intoxicated and/or suffering from delusions/paranoia, but I have never been violent.

26         6.      Nothing excuses those emails.  I regret sending them. I want to try to explain why

27     I sent them, though I am not trying to excuse them or to deny responsibility for them.

**DECLARATION OF REBECCA SPIVAK - 1**

1    7.    I've been diagnosed with Chronic Alcoholism Disorder and Alcohol Induced

2    Psychotic Disorder- with Delusions. Attached is a true-and-correct copy of paperwork

3    completed by my doctor in support of my current medical leave from Amazon. My doctor

4    notes that she does not believe I would act on violent ideations.

5    8.    My primary purpose was to have Shawn understand my emotional distress at a

6    time when I was overcome by feeling of being under attack. I was crying for help in an

7    inappropriate way while intoxicated. I felt alone and that no one understood how much I was

8    hurting. It was about my own emotional state and not about trying to make Shawn afraid.

9    9.    My doctor has ordered me to begin Alcohol Rehab Treatment and I have agreed

10    to complete that treatment. She also prescribed me psychiatric medication, and I have

11    agreed to take that medication as prescribed.

12    10.    I never imagined being in this situation. I am embarrassed and overwhelmed. This

13    isn't who I am. I don't want to hurt anyone.

14    11.    Although the emails I sent were terrible, I'm not a stalker. I was drunk and crying

15    and hurting in my bedroom three thousand miles away when I let my intoxication or

16    paranoia spill out into emails I know I should not have sent. I never would have or could

17    hurt Shawn and I tried to make clear that I was sharing my mental distress and not making

18    threats. Regardless, while I've been afraid and distressed, those emails weren't ok to send

19    even if they weren't threats. I've needed help. I'm getting it now.

20    12.    Shawn was a good friend and didn't deserve this. I am sorry and I desperately

21    want a second chance at reconciling a 20-year friendship. I've lost everything and everyone

22    I ever cared about and I can't blame anyone but myself for that.

23

24    I declare under penalty of perjury under the laws of the State of Florida that the foregoing

25    is true and correct. Executed this 7th day of November 2019 in Tallahassee, Florida.

26

27

28                                                    RSpivak

29                                                    Rivka (Rebecca) Spivak, declarant

DECLARATION OF REBECCA SPIVAK - 2

Re: <no subject>

**Subject:** Re: <no subject>
**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** 2/22/2020, 3:15 AM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com" <nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com" <plus.ajg@gmail.com>, "yenergy@gmail.com" <yenergy@gmail.com>, "benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, "maxrcho@gmail.com" <maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com" <diana.sherman@gmail.com>, "ayan.kayal@gmail.com" <ayan.kayal@gmail.com>, "neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>, "jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>, "bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu" <benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>

Everything about my life was awful.  But it was going to be better and ok ... because I was going to win my case.  I would get the validation that would reset everything.  Why else would I throw everything in to it?

That's how everything was going to get better.

Shawn.  I hate you.

I wish you were dead.  Really.  Really and truly.  Suffering and death.  That's what I want for you.  It won't change.  Ever.

This will never change.   You say "I didn't hurt you, I just talked to you."  Well, you fucking threw me in jail for a text message.

I truly hate you.  I genuinely would prefer your death to getting tens of millions of dollars.  All I want is to destroy you because money can't fix what you did to me.  I hate you.  It is the most intense emotion I have ever felt in my life.  My hatred for you.  In 43+ years of life, I haven't felt anything as strongly as that.

Re: <no subject>

**Subject:** Re: <no subject>
**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** 2/22/2020, 10:06 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com" <nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com" <plus.ajg@gmail.com>, "yenergy@gmail.com" <yenergy@gmail.com>, "benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, "maxrcho@gmail.com" <maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com" <diana.sherman@gmail.com>, "ayan.kayal@gmail.com" <ayan.kayal@gmail.com>, "neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>, "jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>, "bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu" <benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>

He thought he was clever, competent, admired, respected, wanted, needed.
He assumed those things and acted as if they were true.

He was so pathetically wrong.

Shawn, you little shit, I never thought well of you.
Why do you think we fought so much over the years?
You assumed you were admired and loved and couldn't handle it when I told you you were not.

You are disgusting.
You're greasy.
And small.
You're a rat pretending to be a lion.

---

**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** Saturday, February 22, 2020 at 7:03 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com" <nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com" <plus.ajg@gmail.com>, Yen Duong <yenergy@gmail.com>, "benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, Max Cho <maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com" <diana.sherman@gmail.com>, Ayan Kayal <ayan.kayal@gmail.com>, "neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>, "jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>, "bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu" <benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>
**Subject:** Re: <no subject>

Shawn is an incompetent, egotistical child who didn't know his privilege, and who was completely out of his league when he thought he could hold any sort of position over me. Like when [ ] at age 3, tries to tell me she's the boss. It's cute because she's three.
With Shawn it's mind boggling. He's shit.
Look what a fuck up he is.

Little boy who got too excited ... and who now has shit running down his shorts, hoping that others don't see it.

Re: <no subject>

**Subject:** Re: <no subject>
**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** 2/23/2020, 12:15 AM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com"
<nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>,
"plus.ajg@gmail.com" <plus.ajg@gmail.com>, "yenergy@gmail.com" <yenergy@gmail.com>,
"benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com"
<JakeBerv.plus@gmail.com>, "maxrcho@gmail.com" <maxrcho@gmail.com>,
"jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com"
<diana.sherman@gmail.com>, "ayan.kayal@gmail.com" <ayan.kayal@gmail.com>,
"neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>,
"jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>,
"bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu"
<benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>

Lol, Shawn. Here's the thing.

Even if you want to discredit the things I'm saying about you ...

You can't get out of the fact that you didn't anticipate this reaction.

You fucked up regardless.

You're such a shit.

You expected to be important and to give out your rehearsed humblebrag about how you just were glad you were
able to help in this heartbreaking situation

AHAHHAHHAHAHAHHA

Maybe your cellmates will give you audience.

-------------------------------------------------------------------------------
**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** Saturday, February 22, 2020 at 9:13 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com"
<nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com"
<plus.ajg@gmail.com>, Yen Duong <yenergy@gmail.com>, "benjamin.collier@gmail.com"
<benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, Max Cho
<maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>,
"diana.sherman@gmail.com" <diana.sherman@gmail.com>, Ayan Kayal <ayan.kayal@gmail.com>,
"neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>,
"jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>,
"bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu"
<benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>
**Subject:** Re: <no subject>

Shawn wanted to be the public face of me.

What a fucking ridiculous insanity!

He's the shit stain on my toilet paper.

Re: <no subject>

I mean, I'm all for ambition. But let's keep it realistic!

Re: <no subject>

**Subject:** Re: <no subject>
**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** 2/22/2020, 10:11 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com"
<nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>,
"plus.ajg@gmail.com" <plus.ajg@gmail.com>, "yenergy@gmail.com" <yenergy@gmail.com>,
"benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com"
<JakeBerv.plus@gmail.com>, "maxrcho@gmail.com" <maxrcho@gmail.com>,
"jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com"
<diana.sherman@gmail.com>, "ayan.kayal@gmail.com" <ayan.kayal@gmail.com>,
"neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>,
"jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>,
"bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu"
<benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>

I do have to admit that I have small joys in my life. They're not all gone.

I do get some joy and laughter in imagining how Shawn assumed he would be the beloved hero in my situation.

And instead he's the biggest fuck-up resented by all involved parties.   Like assuming you'll end up +99 and ending up
-99.
Not going from assumed hero to neutral. Going from assumed Hero to disgusting and reviled and exposed.

At least I have that, Shawn.
It helps me breathe.

You giant fuck up.

---------------------------------------------

**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** Saturday, February 22, 2020 at 7:06 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com"
<nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com"
<plus.ajg@gmail.com>, Yen Duong <yenergy@gmail.com>, "benjamin.collier@gmail.com"
<benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, Max Cho
<maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>,
"diana.sherman@gmail.com" <diana.sherman@gmail.com>, Ayan Kayal <ayan.kayal@gmail.com>,
"neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>,
"jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>,
"bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu"
<benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>
**Subject:** Re: <no subject>

He thought he was clever, competent, admired, respected, wanted, needed.
He assumed those things and acted as if they were true.

He was so pathetically wrong.

Shawn, you little shit, I never thought well of you.
Why do you think we fought so much over the years?

Re: <no subject>

You assumed you were admired and loved and couldn't handle it when I told you you were not.

You are disgusting.
You're greasy.
And small.
You're a rat pretending to be a lion.

**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** Saturday, February 22, 2020 at 7:03 PM
**To:** "ckstern+plusmail@gmail.com" <ckstern+plusmail@gmail.com>, "nathan.willard@gmail.com" <nathan.willard@gmail.com>, "cacsar.plus@gmail.com" <cacsar.plus@gmail.com>, "plus.ajg@gmail.com" <plus.ajg@gmail.com>, Yen Duong <yenergy@gmail.com>, "benjamin.collier@gmail.com" <benjamin.collier@gmail.com>, "JakeBerv.plus@gmail.com" <JakeBerv.plus@gmail.com>, Max Cho <maxrcho@gmail.com>, "jacob.brookover@gmail.com" <jacob.brookover@gmail.com>, "diana.sherman@gmail.com" <diana.sherman@gmail.com>, Ayan Kayal <ayan.kayal@gmail.com>, "neil.inala@gmail.com" <neil.inala@gmail.com>, "david@goerger.info" <david@goerger.info>, "jessica@jessicayang.org" <jessica@jessicayang.org>, "vc@vladcole.net" <vc@vladcole.net>, "bianca.weiwen.li@gmail.com" <bianca.weiwen.li@gmail.com>, "benito.flores@yale.edu" <benito.flores@yale.edu>, "seluga@gmail.com" <seluga@gmail.com>
**Subject:** Re: <no subject>

Shawn is an incompetent, egotistical child who didn't know his privilege, and who was completely out of his league when he thought he could hold any sort of position over me. Like when ▮▮▮ at age 3, tries to tell me she's the boss. It's cute because she's three.
With Shawn it's mind boggling. He's shit.
Look what a fuck up he is.

Little boy who got too excited ... and who now has shit running down his shorts, hoping that others don't see it.

Filing # 103847161 E-Filed 02/25/2020 11:03:02 AM

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEONCOUNTY, FLORIDA.

STATE OF FLORIDA,

CASE NO. 19MM02919
SPN 252913

vs.

Rebecca B. Spivak,

Defendant(s).

_____/

## ORDER TO REVOKE BOND

The Defendant having violated the terms and conditions of his bond, the Sheriff of LEON
County is hereby directed to take and retain said Defendant into custody in the LEON County
Jail and to be held until final disposition of this case.

The Clerk of the Court is directed to issue a NO BOND CAPIAS and deliver same to the
Sheriff of LEON County, Florida along with a certified copy of this order.

### DEFENDANT INFORMATION:

NAME: **Rebecca B. Spivak**
ADDRESS: **128 NE 51st St., , Seattle, WA 98105**
PHONE:
DOB:
RACE/SEX: **W/F**
CHARGE(S): **1)** **VIOLATION OF STALKING INJUNCTION (M1) (ref. #8006)**

ORDERED AND ADJUDGED that in order to assure the Defendant's appearance in

court and protect the community.

DONE AND ORDERED in LEON, FL this ___ day of February 2020.

J. Layne Smith
Circuit Judge

copies furnished to:
Jon Bielby Jr.
Ethan Andrew Way

Filing # 101815459 E-Filed 01/17/2020 08:43:08 AM

IN THE COUNTY COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA.

STATE OF FLORIDA

CASE NO. 19MM02919
SPN 262005

vs.

**INFORMATION**

Rebecca B. Spivak
W/F, ▮▮▮▮▮▮
SSN ▮▮▮▮▮

      Defendant(s).
_____/

INFORMATION FOR:

1)    VIOLATION OF STALKING INJUNCTION (M1) (ref. #8006)

IN THE NAME OF AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

    JACK CAMPBELL, State Attorney for the Second Judicial Circuit of the State of Florida, charges that in LEON County, Florida, the above-named defendant(s):

COUNT 1: On or about November 6, 2019, telephoning, contacting, or otherwise communicating with the petitioner, directly or indirectly, unless the injunction specifically allows indirect contact through a third party.

STATE OF FLORIDA
COUNTY OF LEON

JACK CAMPBELL, STATE ATTORNEY
SECOND JUDICIAL CIRCUIT

_____
Jon Bielby Jr.
Designated Assistant State Attorney

The foregoing instrument was acknowledged before me on January 13, 2020, by Jon Bielby Jr., Designated Assistant State Attorney by Jack Campbell, State Attorney for the Second Judicial Circuit of the State of Florida, who is known to me and did take an oath stating good faith in instituting the prosecution and certifying that testimony was received under oath from the material witness or witnesses for the offense pursuant to F.R.Cr.P. 3.140(g).

_____
NOTARY PUBLIC

2/5 CM



KARI ATKINSON
Commission # GG 115760
Expires June 18, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

DATE :02/04/2020    IME :08:11:55 AM
CLERK 'S COURT WORKSHEET  -- CASE MANAGEMENT CONFERENCE INFO.

DATE: 02/05/20 09:00 AM         JUDGE: SMITH J LAYNE
CASE#:2019MM2919A       SPN:  262005     STATE VS:  SPIVAK, RIVKA
PATTY:MISD. DIV. 3      DATTY:WAY ETHAN ANDREW   RPTR:

LEV  CNT    CHARGE LITERAL                          R.O.R.BOND
M    1  VIOLATION OF STALKING INJUNCTION            ____  500C

__ PLEA DATE SET FOR      _-_-____    __ TRIAL SET FOR  __-_-____
__ CASE MAN. CONF. SET FOR_-_-____    __ DEFENDANT PLEAD
__ SENTENCE DATE SET FOR  _-_-____    __ BOND ESTREATED
__ CAPIAS ORDERED (_____)
_/ PRE-TRIAL CMC          _-_-
   TEXT 1)
      2)
__ NOTICE (A/D)                        __ CONDITIONS
***************************** PLEA  *****************************
LEV CNT    CHARGE LITERAL       G/N  STATUTE       R.O.R. BOND
M   1  VIOLATION OF STALKING INJUNCTI___ 784.0487 4A    ____  500C

__PLEA ACCEPTED          __PSI ORD. FOR__-__-____ CNT DEG  NCIC GOC
__PSI WAIVED             __BOND EST               1 __  ____ __
__SET ASIDE BOND EST     __PDR ORDERED __-__-____ 2 __  ____ __
__SENT DATE SET__-__-____ __PLEA  RESET __-__-____ 3 __  ____ __
__TRIAL SET J/N__-__-____ __DEFENDANT PLEAD       4 __  ____ __
__WITHDRAW CAPIAS                                 5 __  ____ __
__NO INFORMATION ON COUNTS ( __ ) ( __ ) ( __ ) ( __ ) ( __ )
__STATE NOLLE PROSSED COUNTS( __ ) ( __ ) ( __ ) ( __ ) ( __ )
************************** SENTENCE **************************
CNT A  A  Y   D.O.C   CNTY   COMM   JAIL   PROB.   CONC/CONS/COTE/INC
    G  W  O          JAIL   CONT.  CR                  C/L/S/I
1   ___  ___  ___  _____  _____  _____  _____  _____  _____

____ SENTENCED STAYED UNTIL   _ _ - _ _ - _ _
____ PASSED UNTIL             _ _ - _ _ - _ _

REP0335DX