Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVKA ("REBECCA") SPIVAK,<br>Plaintiff,<br>v.<br>ALPHABET INC., FACEBOOK INC., BRIAN LEE JOHNSRUD, SHAWN JASON BAYERN, RAYMOND LESLIE BLESSEY, AYAN RAY KAYAL, DAVID ANDREW RUSSCOL, DIANA RUTH SHERMAN, MAX RAYMOND CHO; DOES I THROUGH X, AND ROE BUSINESS ENTITIES I THROUGH X,<br>Defendants. | Case No. 2:20-cv-01480-MJP<br>ORDER GRANTING DEFENDANTS GOOGLE LLC AND BRIAN LEE JOHNSRUD'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FED. R. CIV. PROC. 12(B)(6))<br>[PROPOSED] |

BEFORE THE COURT is defendant Google LLC (identified as Alphabet Inc. in the caption) and Brian Lee Johnsrud's motion to dismiss, arguing that the Complaint fails to state a claim against those defendants (dkt. #31). Having reviewed the pleadings, plaintiff's response and the defendants' reply, the Court finds under FRCP 12(b)(6) that the Complaint fails to state any claim against Alphabet Inc., Google LLC or Brian Lee Johnsrud.



MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Accordingly, IT IS HEREBY ORDERED:

1. The Request for Judicial Notice (dkt. #32) is **GRANTED**. The Court has considered the materials attached thereto.

2. Defendants Google LLC and Brian Lee Johnsrud's Motion to Dismiss for Failure to State a Claim (dkt. #31) is **GRANTED**. Alphabet Inc., Google LLC and Brian Johnsrud are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED this ___ day of December, 2020.

______________________________
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kellen A. Hade*
Kellen A. Hade, WSBA No. 44535
MILLER NASH GRAHAM & DUNN LLP
2801 Alaskan Way, Ste. 300
Seattle, WA 98121
Tel: 209.777.7411
Email: kellen.hade@millernash.com

Attorneys for Alphabet Inc. and Brian Lee Johnsrud
4837-0016-3281.1