1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10     RIVKA SPIVAK,                  CASE NO. C20-1480 MJP

11              Plaintiff,         ORDER GRANTING PLAINTIFF'S
                                   MOTION TO DISMISS

12        v.                       DEFENDANT BAYERN

13     ALPHABET INC, et al.,

14              Defendants.

15

16        This matter comes before the Court on Plaintiff's Motion to Dismiss her claims against

17 Defendant Bayern. (Dkt. No. 24.) Having reviewed Plaintiff's Motion and Bayern's response

18 (Dkt. No. 25) and all supporting papers, the Court GRANTS Plaintiff's Motion, which Bayern

19 does not oppose. Bayern asks that the dismissal be with prejudice. The Court agrees with the

20 reasoning set forth by Bayern and DISMISSES the claims against Bayern WITH PREJUDICE.

21 The Court declines to award Bayern as part of this dismissal.

22 \\

23 \\

24

The clerk is ordered to provide copies of this order to all counsel.

Dated November 13, 2020.

Marsha J. Pechman
United States District Judge