UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RIVKA SPIVAK, | CASE NO. C20-1480 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALPHABET INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff filed a Request for Extension of Time (Dkt. No. 19) and an Emergency Motion to Stay (Dkt. No. 20). Plaintiff sought addition time to file a response to Defendant Bayern's Counterclaims. Plaintiff has filed a Motion to Deem Allegations Admitted, to Strike Affirmative Defense and to Dismiss the Counterclaims. (Dkt. No. 21.) This moots her request for additional time and the Court DENIES AS MOOT Plaintiff's requests for additional time (Dkt. Nos. 19 and 20).

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed November 13, 2020.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk