The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVKA ("REBECCA") SPIVAK, | No. 2:20-cv-01480-MJP |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS |
| ALPHABET, INC., *et al.*, | |
| Defendants. | |

1  Shawn Bayern ("Counterclaimant") submits this notice of the voluntary dismissal of his
2 counterclaims against Rivka Spivak under Fed. R. Civ. P. 41(c) and 41(a)(1)(A)(i).
3  In the interest of judicial economy, Counterclaimant observes that the Court's recent
4 order (Dkt. #34) mooted most of Spivak's motions in Dkt. #21, and this dismissal moots the
5 remainder of those motions and terminates entirely Counterclaimant's involvement in this action.

Respectfully submitted on November 14, 2020,

s/Shawn Jason Bayern   (pro se)

Shawn Jason Bayern
494 Frank Shaw Road
Tallahassee, FL 32312

Telephone:   516-510-3798
Email:       bayern@gmail.com

NOTICE OF VOLUNTARY DISMISSAL - 1