UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVKA SPIVAK, | CASE NO. C20-1480 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALPHABET INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Counterclaimant Jason Bayern filed a notice of dismissal of his counterclaims. (Dkt. No. 36.) The Court therefore terminates Counter-Plaintiff Spivak's Motion to Dismiss Bayern's counterclaims. (Dkt. No. 21.) Given Spivak's dismissal of her claims against Bayern and Bayern's dismissal of his counterclaims against Spivak, Bayern is no longer a party to this litigation in any capacity.

\\

MINUTE ORDER - 1

1     The clerk is ordered to provide copies of this order to all parties and counsel.

2     Filed November 16, 2020.

<div style="margin-left:40%">

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

</div>

MINUTE ORDER - 2