Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RIVKA ("REBECCA") SPIVAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC., FACEBOOK INC., BRIAN LEE JOHNSRUD, SHAWN JASON BAYERN, RAYMOND LESLIE BLESSEY, AYAN RAY KAYAL, DAVID ANDREW RUSSCOL, DIANA RUTH SHERMAN, MAX RAYMOND CHO; DOES I THROUGH X, AND ROE BUSINESS ENTITIES I THROUGH X,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01480-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE AND CONTINUING NOTED MOTION CALENDAR DATE |

Based on the stipulation of the parties (Dkt. No. 38), it is HEREBY ORDERED that the deadline for Plaintiff Rivka Spivak to respond to Defendants' Motion to Strike (dkt. #30) and Motion to Dismiss (dkt. #31) is extended to December 3, 2020. Defendants shall file their replies on or before December 9, 2020. Both motions are renoted for consideration on December 9, 2020.

\\

\\

\\

ORDER EXTENDING RESPONSE DEADLINE AND
NOTING DATE - 1
(Case No. 2:20-cv-01480-MJP)

1  DATED this 1st day of December, 2020.

*[signature: Marsha J. Pechman]*

MARSHA J. PECHMAN
United States District Court Judge

ORDER EXTENDING RESPONSE DEADLINE AND
NOTING DATE - 2
(Case No. 2:20-cv-01480-MJP)