UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVKA SPIVAK, | CASE NO. C20-1480 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALPHABET INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has filed a motion to amend. (Dkt. No. 49.) Plaintiff has not complied with Local Rule 15, which states:

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If a motion or stipulation for leave to amend is granted, the party whose pleading was amended must file and serve the amended pleading on all parties within fourteen (14) days of the filing of the order granting leave to amend, unless the court orders otherwise.

MINUTE ORDER - 1

1  The Court strikes Plaintiff's Motion to Amend for failing to comply with this rule. If Plaintiff
2  wishes to file a motion to amend, she must comply with Local Rule 15 and attach the proposed
3  amended on the terms specified in Local Rule 15. The Court further notes that a motion to file an
4  amended complaint must be noted for consideration on the third Friday after filing. <u>See</u> Local
5  Rule 7(d)(3).

   The clerk is ordered to provide copies of this order to all Parties and counsel.

   Filed December 11, 2020.

                                         William M. McCool
                                         Clerk of Court

                                         s/Paula McNabb
                                         Deputy Clerk

MINUTE ORDER - 2