UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Rivka Spivak,

Plaintiff,

v.

Alphabet Inc., et al.,

Defendants.

Case No. 2:20-cv-01480-MJP

EXHIBIT 1

Pre-Hearing Order No. 1

Filed in Support of Plaintiff's Motion to Vacate

Judgment Under Rule 60(d)(3)

# JAMS ARBITRATION
## Case No. 1110018238

RIVKA (REBECCA) SPIVAK,

Claimant,

vs.

GOOGLE, INC., a Delaware corporation,

Respondent.

## PRE-HEARING ORDER NO. 1

Pursuant to written notice, an initial arbitration management conference was held telephonically in this matter on Tuesday, September 22, 2015, at 10:00 a.m. Steven B. Frank, Esq., of Frank, Freed, Subit & Thomas LLP, appeared on behalf of Claimant Rivka (Rebecca) Spivak, who was also present on the call. Brian L. Johnsrud, Esq., of Curley, Hessinger & Johnsrud LLP, appeared on behalf of Respondent Google, Inc.

Good cause appearing, the following orders are made respecting the conduct of this arbitration:

1. Parties and Counsel. The parties to this arbitration are identified in the above caption and are represented as follows:

   For Claimant Rivka (Rebecca) Spivak:

   Steven B. Frank, Esq.[1]
   Frank, Freed, Subit & Thomas LLP
   705 Second Ave., Suite 1200
   Seattle, WA 98104-1798
   (206) 682-6711 (206) 682-0401 (fax)
   sfrank@frankfreed.com

[1] If not already done, Claimant's counsel shall complete the requirements for appearing in this California arbitration. California Code of Civil Procedure § 1282.4; California Rules of Court, Rule 9.43.

For Respondent Google, Inc.:

Brian L. Johnsrud, Esq.
Curley, Hessinger & Johnsrud LLP
4400 Bohannon Dr., Suite 230
Menlo Park, CA 94025
(650) 600-5300 (650) 323-1002 (fax)
bjohnsrud@curleyhessinger.com

2. Arbitrator. The undersigned was appointed as the sole arbitrator:

Hon. Robert A. Baines (Ret.)
JAMS
160 W. Santa Clara Street, Suite 1600
San Jose, CA 95113
(408) 288-2240 (408) 295-5267 (fax)
rbaines@jamsadr.net

3. Arbitrator's Case Manager:

Cynthia Victory
JAMS
160 W. Santa Clara Street, Suite 1600
San Jose, CA 95113
(408) 346-0736 (408) 295-5267 (fax)
cvictory@jamsadr.com

4. Agreement to Arbitrate and Order to Arbitrate:

The parties' agreement to arbitrate is contained in their "At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement" dated on or about April 12, 2010 ("the Agreement").

5. Commencement of Arbitration:

Claimant filed her Demand for Arbitration Before JAMS on or about July 29, 2015.

The arbitration was formally commenced on July 31, 2015, with the sending of the JAMS "Commencement of Employment Arbitration" letter to all parties.

The undersigned appointed as arbitrator on August 27, 2015, and the undersigned's written disclosures were sent to all parties that same day.

6. Applicable Law and Rules:

Substantive Law: Pursuant to the Agreement at Section 15(b), the arbitration shall be conducted in accordance with the laws of the state in which the employee is or was employed. As such, the laws of the state of New York shall be applied to the events occurring there, and the laws of the state of Washington applied to events occurring in that state. Federal law, including Title VII, shall also be applied to all events.

Procedural Rules: Pursuant to the Agreement at Section 15(a), the JAMS Employment Arbitration Rules & Procedures ("Rules") will be applied. The JAMS Policy on Employment Arbitrations Minimum Standards of Procedural Fairness will also be applied in this matter.

Pursuant to the Agreement at Section 15(b), the procedural laws of the applicable states shall also be applied, with the JAMS rules taking precedence in the event of a conflict with these provisions.

7. Claims of the Parties:

Claimant's claims are those described in her "Notice of Claims and Remedies Requested," attached to her Demand for Arbitration Before JAMS, and are for damages for allegedly gender discrimination and retaliation.

Respondent filed its "Answer to Claimant's Notice of Claims and Remedies Requested" on or about August 13, 2015, denying the allegations and raising various affirmative defenses.

No new or different claims or defenses may be submitted except by agreement of the parties or with the Arbitrator's prior approval.

8. Discovery:

Discovery shall be pursuant to the JAMS Employment Arbitration Rules, supplemented by any additional discovery agreed to by the parties, or ordered by the Arbitrator following a hearing. Unless otherwise agreed by counsel, discovery shall be on hold until the undersigned's ruling on Respondent's motion for a stay.

9. Motion for Stay of Arbitration Proceedings:

Additional briefing on Respondent's Motion for a Stay shall be as follows:

Claimant's Opposition: September 28, 2015
Respondent's Reply: October 12, 2015

The motion will be deemed submitted for decision upon the filing of Respondent's reply brief, and the undersigned will issue his order on the motion on October 19, 2015.

10. Further Arbitration Management Conference:

Unless the proceedings are ordered stayed, a further telephonic arbitration management conference will be held on **Friday, November 6, 2015, at 9:00 a.m.** The call-in information will be circulated in advance of the call.

11. Award:

The Arbitrator's award shall be prepared in accordance with the Agreement and applicable federal and state law.

The Award may be served by regular mail unless any party requests, in writing, service by certified mail, or some other reasonable manner of service

12. Miscellaneous:

(a) Counsel and parties are requested to familiarize themselves with the fees and cancellation policy for this arbitration. Any questions should be directed to the Arbitrator's Case Manager.

(b) This Order shall continue in effect unless and until amended by subsequent order of the Arbitrator.

(c) All papers may be served on opposing counsel and the arbitrator electronically (as email attachments or by fax), and are deemed served on the date sent.

DATED: September 22, 2015.

Hon. Robert A. Baines
Judge of the Superior Court (Ret.)
Arbitrator

**PROOF OF SERVICE BY EMAIL & U.S. MAIL**

Re: Spivak, Rivka vs. Google Inc.
Reference No. 1110018238

I, Cynthia Victory, not a party to the within action, hereby declare that on September 22, 2015 I served the attached Pre-Hearing Order No. 1 on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Jose, CALIFORNIA, addressed as follows:

Steven B. Frank Esq.
Frank Freed Subit & Thomas LLP
705 Second Ave.
Suite 1200
Seattle, WA 98104-1798
Phone: 206-682-6711
sfrank@frankfreed.com
Parties Represented:
Rivka ("Rebecca") Spivak

Brian L. Johnsrud Esq.
Curley, Hessinger & Johnsrud LLP
4400 Bohannon Dr.
Ste. 230
Menlo Park, CA 94025
Phone: 650-600-5300
bjohnsrud@curleyhessinger.com
Parties Represented:
Google Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Jose, CALIFORNIA on September 22, 2015.

Cynthia Victory
cvictory@jamsadr.com