UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Rivka Spivak,

Plaintiff,

v.

Alphabet Inc., et al.,

Defendants.

Case No. 2:20-cv-01480-MJP

EXHIBIT 7

Pre-Hearing Order No. 9

Filed in Support of Plaintiff's Motion to Vacate

Judgment Under Rule 60(d)(3)

# JAMS ARBITRATION
## Case No. 1110018238

RIVKA (REBECCA) SPIVAK,

Claimant,

vs.

GOOGLE, INC., a Delaware corporation,

Respondent.

______________________________/

## PRE-HEARING ORDER NO. 9

Pursuant to written notice, a further teleconference regarding eDiscovery and other matters was held on Thursday, October 18, 2018, at 9:00 a.m. Claimant Rivka (Rebecca) Spivak ("Spivak") appeared *in propria persona*. Patrick M. Sherman, Esq., of Curley, Hurtgen & Johnsrud LLP, appeared on behalf of Respondent Google, Inc. ("Google").

Good cause appearing, the following further orders are made respecting the conduct of this arbitration:

1. Claimant's Motion for Sanction: Claimant Spivak contends that Respondent Google has engaged in actions in this arbitration, as well as in the earlier EEOC proceeding,[1] that warrant the imposition of sanctions in this proceeding at this juncture. Spivak will be permitted to bring her proposed motion. Briefing and hearing on the motion will be as follows (papers are due by 5:00 p.m. on the dates indicated, and may be served electronically):

Claimant's moving papers: **November 8, 2018**

[1] In allowing the motion to include matters from the EEOC proceedings, the undersigned is not ruling upon the relevance of those matters to the current arbitration. Also, the undersigned is not ruling whether any determination(s) made by the EEOC might be admissible in evidence in this proceeding, if offered by a party. See, e.g., *Michael v. Fluor Mining & Metals, Inc.* (1986) 180 Cal.App.3d 284.

| | |
|---|---|
| Respondent's opposition: | **December 6, 2018** |
| Claimant's Reply: | **December 13, 2018** |
| Telephonic hearing: | **December 18, 2018, at 9:00 a.m.** |

2. Discovery Status: The discovery ordered in Pre-Hearing Orders Nos. 6 and 7 is to be completed as ordered therein.

A hearing regarding the next phase of discovery, as well as the status of discovery regarding Claimant's trading in Facebook shares (as described in Pre-Hearing Order No. 7 at ¶ 1(c) and ¶ 2, respectively), will be set following rulings on Claimant's motion for sanctions.

DATED: October 18, 2018.

Hon. Robert A. Baines
Judge of the Superior Court (Ret.)
Arbitrator

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Spivak, Rivka vs. Google Inc.
Reference No. 1110018238

I, Jason Clark, not a party to the within action, hereby declare that on October 18, 2018, I served the attached Pre-Hearing Order No. 9 on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Jose, CALIFORNIA, addressed as follows:

Brian L. Johnsrud Esq.
Patrick M. Sherman Esq.
Curley, Hurtgen & Johnsrud LLP
4400 Bohannon Dr.
Suite 230
Menlo Park, CA 94025
Phone: 650-600-5300
bjohnsrud@chjllp.com
psherman@chjllp.com
Parties Represented:
Google Inc.

Ms. Rebecca Spivak
128 N. E. 51st Street
Seattle, WA 98105
Phone: 617 519-1100
rebeccaspivak@outlook.com
Parties Represented:
Rebecca Spivak

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Jose, CALIFORNIA on October 18, 2018.

Jason Clark
JClark@jamsadr.com