UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Rivka Spivak,

Plaintiff,

v.

Alphabet Inc., et al.,

Defendants.

Case No. 2:20-cv-01480-MJP

EXHIBIT 9

October 2019 Email Chain (Google, EEOC, and Spivak)

Filed in Support of Plaintiff's Motion to Vacate

Judgment Under Rule 60(d)(3)

**Wednesday, August 12, 2026 at 11:02:20 AM Pacific Daylight Time**

---

**Subject:** RE: EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination
**Date:** Wednesday, October 2, 2019 at 5:01:38 PM Pacific Daylight Time
**From:** Brian Johnsrud
**To:** 'Rebecca Spivak', SHANNON DE JONG
**CC:** Patrick Sherman
**Category:** Blue category

Ms. Spivak's message is incorrect. Google's message below states clearly that it will file a petition to compel the arbitration of Ms. Spivak's claims if she refuses to bring them in arbitration. Google has a contractual and statutory right to file a petition to compel arbitration of her newly threatened legal claims, and that is not "retaliation."

Brian Lee Johnsrud
**Curley, Hurtgen & Johnsrud LLP**
Counselors at Law
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
(d) 650.600.5310
(c) 650.722.2733
bjohnsrud@chjllp.com
www.chjllp.com

---

**From:** Rebecca Spivak [mailto:rebeccaspivak@outlook.com]
**Sent:** Wednesday, October 02, 2019 4:51 PM
**To:** SHANNON DE JONG
**Cc:** Patrick Sherman; Brian Johnsrud; kwalker@google.com; Michael Pfyl
**Subject:** Re: EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination

Hi Shannon,

Please see below for the basis of a new inquiry that I would like to file with the EEOC.

As you know, I filed a charge with the EEOC on September 26, 2019, which is a protected activity.
I have made no attempts to file a lawsuit in federal court, and I have no yet received a "Right to Sue" letter from the EEOC.
And, of course, a "Right to Sue" is not a requirement that I sue, and I have not made any determination that I would pursue these claims in any forum.

However, Google has now responded by telling me that, based on my filing of the EEOC charge, unless I proceed with Arbitration (in which they will seek attorney's fees and costs), they will sue me in Federal

Court. They are going to sue me because I filed a charge with the EEOC.

There can be no ambiguity here. Google has just retaliated against me for my filing a charge with the EEOC. It is in black and white and in their own words.

I believe I have been retaliated against for engaging in a protected activity.
Please send me a new charge form.

---

**From:** Brian Johnsrud <BJohnsrud@chjllp.com>
**Date:** Wednesday, October 2, 2019 at 4:32 PM
**To:** 'Rebecca Spivak' <rebeccaspivak@outlook.com>
**Cc:** Patrick Sherman <PSherman@chjllp.com>
**Subject:** RE: EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination

Hi Rebecca,
There is no factual nor legal merit to the allegations in your charge dated September 26, 2019.
Please be advised that Google will defend against any future claims your bring and seek to recover the attorney's fees and costs it incurs in defending against them. To the extent attorney's fees and costs (or sanctions) are awarded in the future, Google will not waive them.
Finally, these new claims you threaten belong in arbitration and we assume you will bring them in that forum, hence your copying of JAMS professionals on your message below. Please confirm that you will do so. To the extent you do not submit them to arbitration, Google will file a petition to compel arbitration in federal court.
Best regards,
Brian

Brian Lee Johnsrud
**Curley, Hurtgen & Johnsrud LLP**
Counselors at Law
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
(d) 650.600.5310
(c) 650.722.2733
bjohnsrud@chjllp.com
www.chjllp.com

---

**From:** Rebecca Spivak [mailto:rebeccaspivak@outlook.com]
**Sent:** Saturday, September 28, 2019 9:29 PM
**To:** Jason Clark; Cynthia Victory; Jerline Justo

**Cc:** Brian Johnsrud; Patrick Sherman
**Subject:** FW: EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination

---

**From:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Date:** Thursday, September 26, 2019 at 10:17 AM
**To:** SHANNON DE JONG <SHANNON.DEJONG@EEOC.GOV>
**Subject:** Re: EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination

I've attached the signed charge.

Thank you
Rebecca

---

**From:** SHANNON DE JONG <SHANNON.DEJONG@EEOC.GOV>
**Date:** Thursday, September 26, 2019 at 9:05 AM
**To:** Rebecca Spivak <rebeccaspivak@outlook.com>
**Subject:** EEOC #551-2019-01509 Spivak v. Google - Updated Charge of Discrimination

Hello Rebecca,
As a follow up to our phone conversation yesterday, please see attached for the updated drafted charge of discrimination for your case. Please review the enclosed charge form and make any corrections to the charge, if needed. If there are any corrections to be made in the charge "particulars," please initial each correction, and then sign and date the charge in the lower left hand corner. If you have any significant changes to make, you may email me your recommended changes and I will send you an updated charge. Promptly return the charge to our office by email or to the address in my signature below, within 7 days from the date of this email. If you fail to sign and return the charge of discrimination to our office within 7 days, we will close out your inquiry.
Please be aware that once you return the signed charge and pursuant to our conversations on May 10, 2019 and yesterday, your charge will be dismissed because your complaint does not fall under the jurisdiction of the EEOC and continued investigation would not likely lead to a finding of a violation of the statutes enforced by the EEOC. You will subsequently be issued a 90-day Notice of Right to Sue, which will authorize you to file a private lawsuit against the named employer, if you wish to pursue your claims in court.
Please let me know if you have any questions or comments regarding the drafted charge.
Best,
Shannon De Jong
Investigator

Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 220-6914
Fax: (206) 220-6911
Email: shannon.dejong@eeoc.gov