UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Rivka Spivak,

Plaintiff,

v.

Alphabet Inc., et al.,

Defendants.

Case No. 2:20-cv-01480-MJP

EXHIBIT 16

Pre-Hearing Order No. 15

Filed in Support of Plaintiff's Motion to Vacate

Judgment Under Rule 60(d)(3)

# JAMS ARBITRATION
## Case No. 1110018238

RIVKA (REBECCA) SPIVAK,

Claimant,

vs.

GOOGLE, INC., a Delaware corporation,

Respondent.

______________________________/

## PRE-HEARING ORDER NO. 15

## "STANDSTILL" ORDER

At the conclusion of the discovery hearing on May 3, 2019, Claimant Rivka (Rebecca) Spivak ("Spivak" or "Claimant") announced that she was considering withdrawing from this arbitration.

The undersigned gave her thirty (30) days to make a decision, and advised her to consult with counsel before finalizing her decision.

Good cause appearing, the following is ordered:

1. Between now and June 3, 2019, or any earlier date on which Spivak announces her decision, neither party is to take any further action(s) in this matter without the consent of the undersigned;

2. Until Spivak announces her decision, she need not comply with the discovery ordered in Pre-Hearing Order No. 14;

3. If she announces that she wishes to continue with this arbitration, she is to promptly comply with the discovery ordered in Pre-Hearing Order No. 14; and

4. If she decides to withdraw from this arbitration, she is to do so in compliance with JAMS Employment Arbitration Rule 13.

DATED: May 6, 2019.

Hon. Robert A. Baines
Judge of the Superior Court (Ret.)
Arbitrator

**PROOF OF SERVICE BY EMAIL & U.S. MAIL**

Re: Spivak, Rivka vs. Google Inc.
Reference No. 1110018238

I, Jason Clark, not a party to the within action, hereby declare that on May 06, 2019, I served the attached Pre-Hearing Order No. 15: "Standstill Order" on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Jose, CALIFORNIA, addressed as follows:

Brian L. Johnsrud Esq.
Patrick M. Sherman Esq.
Curley, Hurtgen & Johnsrud LLP
4400 Bohannon Dr.
Suite 230
Menlo Park, CA 94025
Phone: 650-600-5300
bjohnsrud@chjllp.com
psherman@chjllp.com
Parties Represented:
Google Inc.

Ms. Rebecca Spivak
128 N. E. 51st Street
Seattle, WA 98105
Phone: 617 519-1100
rebeccaspivak@outlook.com
Parties Represented:
Rebecca Spivak

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Jose, CALIFORNIA on May 06, 2019.

Jason Clark
JClark@jamsadr.com