UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

Rivka Spivak,

Plaintiff,

v.

Alphabet Inc., et al.,

Defendants.

Case No. 2:20-cv-01480-MJP

EXHIBIT 18

Google's 2019 Email Requesting Conditions on Spivak's Withdrawal

Filed in Support of Plaintiff's Motion to Vacate

Judgment Under Rule 60(d)(3)

**Subject:** RE: Statement
**Date:** Monday, July 22, 2019 at 9:15:59 AM Pacific Daylight Time
**From:** Brian Johnsrud
**To:** Josephine Care, Cynthia Victory
**CC:** 'Rebecca Spivak', Patrick Sherman
**Category:** Yellow category, Blue category, Purple category

Hi Cynthia and Josie,

In light of Ms. Spivak's message below, Google requests that the Arbitrator enter a final award dismissing this arbitration and Ms. Spivak's claims with prejudice. In connection with that dismissal, Google waives its right to the $12,500 in monetary sanctions awarded by the Arbitrator and further waives its right to seek its costs and attorney's fees from Ms. Spivak.

Best regards,

Brian

Brian Lee Johnsrud
**Curley, Hurtgen & Johnsrud LLP**
Counselors at Law
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
(d) 650.600.5310
(c) 650.722.2733
bjohnsrud@chjllp.com
www.chjllp.com

---

**From:** Rebecca Spivak [mailto:rebeccaspivak@outlook.com]
**Sent:** Saturday, July 20, 2019 12:28 PM
**To:** Josephine Care; Cynthia Victory; Brian Johnsrud; Patrick Sherman
**Subject:** Statement

Based on the current health challenges I am facing, I am unable to continue pursuing this arbitration.

Thank you,
Rebecca