UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIVKA SPIVAK,<br><br>Plaintiff(s),<br>v.<br><br>ALPHABET INC et al.,<br><br>Defendant(s). | CASE NO. 2:20−cv−01480−TL<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:20−cv−01480−TL and bear the Judge's name in the upper right hand corner of the document.

DATED August 31, 2026

Joshua C. Lewis
Clerk of Court

By: /s/ Grant Cogswell
Deputy Clerk