# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| RIVKA SPIVAK<br>*Plaintiff*<br>v.<br>ALPHABET, INC. et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:20-cv-01480-TL |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brian Lee Johnsrud .

Date: 9/23/2026

*/s/ Jessica E. La Londe*
*Attorney's signature*

Jessica E. La Londe, SBN 56399
*Printed name and bar number*

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
*Address*

jelalonde@duanemorris.com
*E-mail address*

(415) 957-3225
*Telephone number*

(415) 520-7564
*FAX number*